IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRESIDIO HOLDINGS INC., PRESIDIO NETWORKED SOLUTIONS LLC, AND PRESIDIO NETWORKED SOLUTIONS GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DRIVEN TECHNOLOGY, INC., PAUL BREHM, STEVEN KUNDERT, AND ANGELA SPLINTER,<br><br>Defendants. | Case No. 24-cv-2912 |

**People Driven Technology, Inc., Paul Brehm, and Steven Kundert's Motion to Dismiss for Lack of Personal Jurisdiction**

People Driven Technology, Inc, Paul Brehm, or Steven. Kundert move to dismiss the claims against them under Federal Rule of Civil Procedure 12(b)(2). This motion is supported by an accompanying brief.

Undersigned counsel sought concurrence in this motion. Concurrence was not given.

                                                  MILLER JOHNSON
                                                  Attorneys for Defendants

Dated: April 25, 2024        By   /s/ D. Andrew Portinga
                                                    D. Andrew Portinga (P55804)
                                                    James R. Peterson (P43102)
                                                Business Address:
                                                    45 Ottawa Avenue SW, Suite 1100
                                                    Grand Rapids, Michigan 49503
                                                 Telephone: (616) 831-1700
                                                        portingaa@millerjohnson.com
                                                        petersonj@millerjohnson.com

1