## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Presidio Holdings Inc., et al.

                     Plaintiff,

v.                                    Case No.: 1:24–cv–02912

                                    Honorable Edmond E. Chang

People Driven Technology, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) The Plaintiffs' unopposed motion [21] to use 34 pages for the preliminary–injunction motion is granted. The Plaintiffs' motion to file sealed versions of the preliminary–injunction and expedited–discovery filings [23] is granted provisionally. The Court will again review the propriety of sealing when evaluating the underlying motion. (2.) On the Plaintiffs' motion [38] for expedited discovery, the single combined response of the Defendants is due on 05/10/2024. The Plaintiffs' reply is due on 05/17/2024. (3.) To avoid a multiplicity of briefs, the Court resets the filings and sets the following schedule: first, on the motion [16] to dismiss for lack of personal jurisdiction filed by Defendants PDT, Brehm, and Kundert, the previously set briefing schedule, R. 20, is vacated. Both that motion [16] and the motion [30] to dismiss filed by Defendant Splinter are terminated without prejudice. Instead, because a preliminary–injunction motion must show a likelihood of success, the Defendants shall file a single combined response by 05/28/2024 to the Plaintiffs' motion [25] for preliminary injunction, and the response shall serve as a cross–motion to dismiss and also shall include any other defense arguments against the preliminary–injunction motion. The Defendants may file an appropriate excess–page motion when they have an idea of the length. This avoids what otherwise would have been nine briefs on three motions, with overlapping and repetitive discussions. The Plaintiffs' reply on the preliminary–injunction motion is due on 06/11/2024. (4.) The joint initial status report, see R. 11, is still due on 05/10/2024. The tracking status hearing of 05/17/2024 is reset to 05/24/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). The Court will review the expedited–discovery briefs and set an appropriate schedule. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.