IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRESIDIO HOLDINGS INC., PRESIDIO NETWORKED SOLUTIONS LLC, AND PRESIDIO NETWORKED SOLUTIONS GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DRIVEN TECHNOLOGY, INC., PAUL BREHM, STEVEN KUNDERT, AND ANGELA SPLINTER,<br><br>Defendants. | Case No. 1:24-cv-02912 |

## Defendants' Motion for Leave to File a Reply Brief in Support of Their Rule 12 Motions

Defendants previously moved to dismiss for lack of personal jurisdiction, under Rule 12(b)(2), (R.16) and to dismiss for failure to state a claim, under Rule 12(b)(6) (R.30). Plaintiffs moved for preliminary injunction. (R.25).

On April 30, 2024, this Court terminated Defendants' Rule 12 motions without prejudice and directed Defendants to raise their jurisdictional and other arguments in response to Plaintiff's motion for preliminary injunction (R.42). The Court stated that Defendants' response to the preliminary injunction motion would serve as a cross-motion to dismiss. *Id.* The Court stated that Defendants' response/cross-motion should be filed by May 28, 2024 and that Plaintiffs reply in support of their preliminary injunction motion was due on June 11, 2024. *Id.* The Court's minute

entry did not set a deadline for Defendants to file a reply in support of their renewed Rule 12 motions. *Id.*

On May 24, 2024, Defendants renewed their Rule 12 motions and filed a combined brief in support of their motion to dismiss and in opposition to Plaintiffs' preliminary injunction motion, as directed by the Court. (R.68, 70).

On June 11, 2024, Plaintiffs filed their reply in support of their preliminary injunction motion and their opposition to Defendants' Rule 12 motions. (R.78).

Defendants request leave to file a reply in support of their Rule 12 motions by June 21, 2024. To be clear, Defendants are not seeking to file a sur-reply on the preliminary injunction motion. Rather, Defendants are only seeking to file a reply in support of their Rule 12 motions. Defendants recognize that any arguments in the reply must be limited to the issues raised in the Rule 12 motion.

Accordingly, Defendants request leave to file a reply, not to exceed 15 pages, by June 21, 2024.

As required by the Court's standing order, Defendants sought concurrence in this motion. Plaintiffs' counsel has stated that they oppose this motion.

                        MILLER JOHNSON
                        Attorneys for Defendants

Dated: June 12, 2024         By   /s/ D. Andrew Portinga
                                      D. Andrew Portinga (P55804)
                                      James R. Peterson (P43102)
                                      Amanda L. Rauh-Bieri (P83615)
                                Business Address:
                                      45 Ottawa Avenue SW, Suite 1100
                                      Grand Rapids, Michigan 49503

Telephone: (616) 831-1700
portingaa@millerjohnson.com
petersonj@millerjohnson.com
rauhbieria@millerjohnson.com

MJ_DMS 37850248v1 49530-10