IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRESIDIO HOLDINGS INC., PRESIDIO NETWORKED SOLUTIONS LLC, and PRESIDIO NETWORKED SOLUTIONS GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DRIVEN TECHNOLOGY, INC., PAUL BREHM, STEVEN KUNDERT, and ANGELA SPLINTER,<br><br>Defendants. | Case No. 1:24-cv-02912<br><br>Hon. Judge Edmond E. Chang |

## Notice of Motion

**PLEASE TAKE NOTICE** that on Monday, June 17, 2024 at 8:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Edmond E. Chang or any judge sitting in his stead, in Room 2341 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Defendants' Motion for Leave to File a Reply Brief in Support of Their Rule 12 Motion*, a copy of which was served upon you.

                                                                                     MILLER JOHNSON
                                                                                     Attorneys for Defendants

Dated: June 12, 2024           By   /s/ D. Andrew Portinga
                                                  D. Andrew Portinga (P55804)
                                                  James R. Peterson (P43102)
                                                  Business Address:

        45 Ottawa Avenue SW, Suite 1100
        Grand Rapids, Michigan 49503
Telephone: (616) 831-1700
        portingaa@millerjohnson.com
        petersonj@millerjohnson.com

## Certificate of Service

D. Andrew Portinga certifies that, on June 12, 2024, the foregoing **Notice of Motion** was filed through the CM/ECF system of the United States District Court for the Northern District of Illinois electronic e-filing system, thereby serving all counsel of record electronically.

        MILLER JOHNSON
        Attorneys for Defendants

Dated: June 12, 2024      By   /s/ D. Andrew Portinga
        D. Andrew Portinga (P55804)
        James R. Peterson (P43102)
        Business Address:
           45 Ottawa Avenue SW, Suite 1100
           Grand Rapids, Michigan 49503
        Telephone: (616) 831-1700
           portingaa@millerjohnson.com
           petersonj@millerjohnson.com