## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Presidio Holdings Inc., et al.

                                                Plaintiff,

v.                                                                Case No.: 1:24−cv−02912
                                                                       Honorable Edmond E. Chang

People Driven Technology, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

       MINUTE entry before the Honorable Edmond E. Chang: The tracking status hearing of 06/21/2024 is vacated. The Court will post a decision on the expedited−discovery motion [38] on the docket when it is ready. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.