## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Presidio Holdings Inc., et al.,

Plaintiff(s),

v.

People Driven Technology, Inc. et al.,

Defendant(s).

Case No. 24 C 2912
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed with prejudice as to Defendant Splinter. Case dismissed without prejudice for lack of personal jurisdiction as to Defendants Brehm, Kundert, and People Driven Technology, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang.

Date: 4/17/2025

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk